# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 5:09CR50** |
| | ) | |
| **PLAINTIFF,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **WALTER L. DUBOSE,** | ) | **ORDER** |
| | ) | |
| **DEFENDANT.** | ) | |

This matter is before the Court upon Magistrate Judge George J. Limbert's Report and Recommendation that the Court ACCEPT Defendant Walter Dubose's ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Dkt. # 20).

On February 3, 2009, Defendant was indicted by a United States Grand Jury. (Dkt. #1). On April 15, 2009, upon consent of the parties, this Court issued an order assigning this case to Magistrate Judge Limbert for the purpose of receiving Defendant's guilty plea. (Dkt. # 19).

On April 15, 2009, a hearing was held in which Defendant entered a plea of guilty to Count One of the Indictment, charging one count of possessing a firearm subsequent to a felony conviction in violation of 18 U.S.C. 922(g)(1). Magistrate Judge Limbert received Defendant's guilty plea and issued a Report and Recommendation

("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Dkt. # 20).

Neither party objected to Magistrate Judge Limbert's R&R in the ten days after it was issued.

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. The Defendant was found to be competent to enter a plea. The Defendant understood his constitutional rights. He is aware of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds that the plea was entered knowingly, intelligently, and voluntarily. The Defendant's plea of guilty is approved.

Therefore, the Defendant is adjudged guilty of Count One in violation of 18 U.S.C. 922(g)(1). The sentencing will be held on July 16, 2009, at 9:30 a.m.

**IT IS SO ORDERED**.

                                       **/s/ Peter C. Economus - May 1, 2009**
                                       **PETER C. ECONOMUS**
                                       **UNITED STATES DISTRICT JUDGE**